IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PRO-GARD PRODUCTS, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:06-cv-0140-DFH-VSS |
| ) | |
| PP USA, INC. ) | Jury Trial Requested |
| d/b/a PATRIOT PRODUCTS USA, ) | |
| PATRIOT ENTERPRISES USA, and ) | |
| PATRIOT ENTERPRISES USA, INC. ) | |
| ) | |
| Defendant. ) | |

**CONSENT JUDGMENT AND STIPULATION OF DISMISSAL BETWEEN PLAINTIFF, PRO-GARD PRODUCTS, LLC; DEFENDANT, PP USA, INC. D/B/A PATRIOT PRODUCTS USA, PATRIOT ENTERPRISES USA, AND PATRIOT ENTERPRISES USA, INC.; AND KURT R. MURRAY, PERSONALLY**

Plaintiff, Pro-gard Products, LLC; Defendant, PP USA, Inc. d/b/a Patriot Products USA, Patriot Enterprises USA, and Patriot Enterprises USA, Inc.; and Kurt R. Murray, personally, have entered into a Settlement Agreement ("Agreement") effective as of this 11th day of October, 2006.

Therefore, Plaintiff, Defendant, and Kurt R. Murray (collectively, the "Parties") stipulate and agree, subject to an Order of the Court dismissing Plaintiff's claims against Defendant with prejudice, that:

1.　The terms of the Agreement are incorporated herein by reference as though recited in full.  An executed copy of the Agreement is attached hereto as Exhibit 1.

2.　This Court, the U.S. District Court for the Southern District of Indiana, Indianapolis Division, hereby expressly reserves and shall retain jurisdiction to enforce the terms of the Agreement.

- 2 -

3. Subject to the Agreement, Plaintiff's First Amended Complaint against Defendant is dismissed with prejudice, and any counterclaims and affirmative defenses asserted by Defendant also are dismissed with prejudice.

4. Each party shall bear its own attorneys fees, expenses, and costs.

STIPULATED AND AGREED TO:


/s/  R. Trevor Carter
    R. Trevor Carter
    BAKER & DANIELS LLP
    300 North Meridian Street, Suite 2700
    Indianapolis, Indiana 46204
    Telephone:  (317) 237-0300

    *Attorney for Pro-gard Products, LLC*


/s/  Alastair J. Warr
    Alastair J. Warr
    KRIEG DEVAULT LLP
    One Indiana Square, Suite 2800
    Indianapolis, Indiana 46204
    Telephone:  (317) 636-4341

    *Attorney for PP USA, Inc. d/b/a Patriot Products USA, Patriot Enterprises USA, and Patriot Enterprises USA, Inc.*


So ORDERED and SIGNED this _____ day of _____, 2006.


_____
Honorable David F. Hamilton, Judge
U.S. District Court for the Southern District of Indiana
Indianapolis Division