# Exhibit C-1

# Crown Vic Push Bumper Assembly Instructions



PBCV1

Crown Vic Push Bumper Hardware kit.

(14)- 1/2 - 13 x 1 Black Button Head Socket Cap
(30)- 1/2 - Black Lock Washers
(10) - 1/2 - 13 x 1-1/4 Hex Head Cap Screw GR 8 Zinc
(2) - 1/2 -13 x 2 Hex Head Cap Screw GR 8 Zinc
(2)- 1/2 - 13 x 2-1/2  Carriage Bolt GR 8 Zinc
(2) - Stabilization Hooks
(2) - 1/2-13 Hex Nut



CONFIDENTIAL
CON-PAPR-000399

**PATRIOT PRODUCTS USA**
*A Division of Patriot Enterprises USA*

*LAW ENFORCEMENT PRODUCT & VEHICLE SPECIALISTS*

1-866-344-7575

# Installation Instructions
## 2006 Impala Push Bumper





Push Bumper w/ plastic front section



3PB-9C1-06-UMB
Upper mounting bracket

3PB-9C1-06-MMB
Main mounting bracket

3PB-9C1-06-LMBFDS
Lower mounting bracket, front, driver side

3PB-9C1-06-LMBRDS
Lower mounting bracket, rear, driver side



3PB-9C1-06-UMB
Upper mounting bracket

3PB-9C1-06-MMB
Main mounting bracket

3PB-9C1-06-LMBFPS
Lower mounting bracket, front, passenger side

3PB-9C1-06-LMBRPS
Lower mounting bracket, rear, passenger side



(12) 50NF 1/2-13 hex nut zinc

(12) 5016CSB04 - 1/2-13x1 Button head socket cap screw- Black

(8) 5020CH8 - 1/2 - 13 x 1 1/4 HHCS GR - 8 Zinc plated bolts

(20) 1/2" black oxide lock washer

**PATRIOT PRODUCTS USA**
*A Division of Patriot Enterprises USA*

*LAW ENFORCEMENT PRODUCT & VEHICLE SPECIALISTS*

# Installation Instructions
# 2006 Impala Push Bumper

Installation Instructions.

1. Open hood. Remove front dust cover. Locate screw at top end of head light assembly (use 7mm), remove and pull head lights out.

2. You need to remove the 2 piece plastic button head fasteners along the bottom of the bumper and the fender well. (A)

There are 1 bolt (remove) and 1 nut (loosen) (use 10 mm), on each side behind where the head lights were, along the inside of vehicle. (B) Removing the bolt will be easier from inside the fender well. (C)
After this is done the front bumper will come off.

3. Remove bumper fascia support piece, large black moulded plastic component. There are bolts (use 10mm) holding this in place.

4. Once this is done, you should be ready to install push bumper brackets. The front section of vehicle should look like picture (D), before starting push bumper assembly.

5. Attach (2) 3PB-9C1-06-MMB onto the frame of vehicle, these MUST be 5 3/4" from the center point as shown in picture (E). Secure 3PB-9C1-06-MMB to 3PB-9C1-06-UMB & 3PB-9C1-06-LMBRDS & 3PB-9C1-06-LMBFPS with (8) 5020CH8 Bolts. (F) Leave very loose!

(A)



(B)

(C)

(D)

(E)

(F)


Tighten ONLY these two bolts completely.

**PATRIOT PRODUCTS USA**  *LAW ENFORCEMENT PRODUCT & VEHICLE SPECIALISTS*

These areas can be trimmed to allow bumper fascia support to attach to vehicle evenly.



Remove plastic covering push bumper bracket hardware, locations shown in red.





Bumper support trimmed to allow access to PB hardware.



(G)



(H)



(I)



Tighten lower hardware through slots in the front grille.

6. You may want to trim the bumper fascia support as shown in pictures to allow for proper tightening of hardware once push bumper is installed. If this is not trimmed out, it will be difficult to access the bolts of push bumper brackets.

7. Reassemble front fascia components to vehicle, Be careful to get brackets going through correct slots, as in picture (G).

8. After properly securing all front bumper components, except dust cover, attach 3PB-9C1-06-LMBRDS & 3PB-9C1-06-LMBRPS brackets, on top, to 3PB-9C1-06-LMBFDS & 3PB-9C1-06-LMBFPS with (4) 5020CH8 bolts and (4) 50NF hex nuts and lock washers. (H)

9. Hold assembled push bumper up to meet the brackets and attach with (8) 5016CSB04 button head screws, (8) 50NF hex nuts and lock washers.(I)

10. Once push bumper is attached, Tighten top outer hardware completely, by reaching down into the front of vehicle to tighten bumper assembly, then use slots in grille to tighten lower hardware. Replace dust cover.



www.1patriot.com
**POLICE VEHICLE SPECIALISTS**

# IMPALA PUSH BUMPER
Model # PB9C1

## Tools Required: 5/16" hex key, Ratchet with 9/16", 5/8" & 3/4" sockets

1. Remove the dust cover cowling in the front of engine compartment. This will be reattached after installation of push bumper.

2. Place the lower mounting plates with 3/8" bolts threaded into them, into the existing holes inside lower bumper mainframe and attach to the lower "L" bracket by sliding the lower "L" bracket on to the mounting plate stud/bolt and secure w/ a 3/8" lock washer & nut. Loosely tighten the nut until entire assembly is properly aligned. (fig. 1)

3. Insert the mounting plates, in proper orientation, (fig. 2) behind the existing perforated plate behind bumper superstructure, with bolts protruding through, toward A/C condenser to meet up with the upper "L" brackets. (fig. 3)

4. Install the upper "L" brackets by placing them through the second slots from the bottom of the vehicle's grill from the inside. Thread a nut and washer onto each plate and bolt assembly (from fig 2) and tighten loosely. (fig. 3)

6. At this time you are ready to attach the Push Bumper main front section to the four brackets. Attach the lower "L" brackets to Push Bumper with 1/2" black button head bolts and lock washers first. Before tightening completely, make certain that the top brackets are under the push bumper main plate and ready for installation. (fig. 4) Use 1/2" black button head bolts and lock washers and nut to connect upper "L" brackets and push bumper mainframe together.

7. After the Push bumper front main assembly is attached, go back and tighten all hardware completely to 55 - 60 ft/lbs.

8. Replace dust / trim cover.



Lower "L" bracket
Plate inserts from the top down!
(fig. 1)



Top Plate
Bottom Plate
Side view
(fig. 2)

Upper "L" bracket
(fig. 3)



(fig. 4)

## Patriot Enterprises USA Push Bumpers

   

PB9C1                                    PBCV1

| MODEL | DESCRIPTION | SHIP WT | LIST PRICE |
|---|---|---|---|
| PBCV1 | "No holes drilled, no trim cut" push bumper for **Crown Vic 2003-'06** | 68 | $295 |
| PBCV2 | Same as PBCV1, but adds Fender / Grille Guard extensions. **Crown Vic 2003-'06** | 93 | $575 |
| PB9C1 | "No holes drilled, no trim cut" push bumper for **Impala 2000-2005** | 49 | $275 |
| PB9C1-06-HM | "No holes drilled, no trim cut" push bumper for **2006 Impala Police Cruiser.** (Requires removal of front bumper fascia during install) | 55 | $295 |
| PB9C1-06-HP | "No holes drilled, no trim cut" push bumper for **2006 Impala Police Cruiser.** (Requires removal of front bumper fascia during install) **w/ plastic front section.** | 45 | $295 |
| PB9C1-06-EM | "No holes drilled, no trim cut" push bumper for **2006 Impala Police Cruiser.** Same as PB9C1-06-H, but does not require removal of front fascia assembly. | 55 | $395 |
| PB9C1-06-EP | "No holes drilled, no trim cut" push bumper for **2006 Impala Police Cruiser.** Same as PB9C1-06-H, but does not require removal of front fascia assembly, **w/ plastic front section.** | 45 | $395 |
| PB3 | "No holes drilled" push bumper for most SUV's | 60 | $395 |
| 3PBCV1-MIK | **Crown Vic** Push Bumper Master Install Kit – needed hardware to mount your existing PB1 standard push bumper on a **Crown Vic 2003-'06** | 40 | $149 |
| 3PB9C1-MIK | **Impala** Push Bumper Master Install Kit – needed hardware to mount your existing PB1 standard push bumper on a **Impala 2000-'05** | 21 | $99 |

PAPR-000034



# Patriot Enterprises USA Push Bumpers



| MODEL | DESCRIPTION | SHIP WT | LIST PRICE |
|---|---|---|---|
| PBCV1 | "no holes drilled" push bumper for Crown Vic | 50 | $250 |
| PB9C1 | "no holes drilled" push bumper for Impala | 50 | $220 |
| PB2 | "no holes drilled" wrap around bumper with extensions, fits most police cruisers | 80 | $349 |
| PB3 | "no holes drilled" push bumper for most SUV's **with out** Grille Guard Extensions. | 60 | $249 |
| PB4 | "no holes drilled" push bumper for most SUV's **with** Grille Guard Extensions. | 100 | $349 |

PAPR-000011